UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          )
                                                )
   PETER GONZALEZ,                   )   Case No:  6:07-bk-03498-ABB
   MARIA L. GONZALEZ,             )   Chapter 7
                                                )
        Debtors.                          )

NOTICE OF DEPOSITING FUNDS TO COURT UNCLAIMED FUND ACCOUNT

Comes Now, Emerson C. Noble, as trustee of the above styled case and respectfully shows that pursuant to the Notice of Trustee's Final Report (Document Number 42) dated September 25, 2015, the Order Allowing Administrative Expenses (Document Number 44) dated November 3, 2015, the trustee has disbursed the entire amount in the trustee's account; that all checks have cleared with the exception of the following:

| Claim Number | Claimant and Address | Amount |
|---|---|---|
| 5 | Kane, Kane & Assoc, Ltd.<br>116-10 Queens Blvd.<br>Forest Hills, NY 11375 | $21,202.83 |

For checks returned as undeliverable, no forwarding address was on file and all attempts to locate the claimants were futile.  For checks not cashed, more than 90 days has elapsed since the distribution of the final dividend, and a "stop payment" has been made with the bank.

Pursuant to the provisions of 11 U.S.C., §347, the undersigned provides checks in the afore-mentioned amounts payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and that their addresses as far as known, are given above.

A copy of this notice and the original check have been mailed to the attention of Susan

Magaditsch, Financial Manager, United States Bankruptcy Court, Sam M. Gibbon United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602 on this 4th day of March, 2016.

     Dated:  March 4, 2016.

                            /s/ Emerson C. Noble
                            Emerson C. Noble, Trustee
                            Post Office Box 622798
                            Oviedo, Florida 32762-2798
                            Phone: (407) 628-9300
                            Facsimile (407) 647-6452

Copies Furnished Via Electronic Notice or U.S. Mail to:
Office of the United States Trustee, 400 West Washington Avenue, Suite 1100, Orlando, Florida 32801
Kane, Kane & Assoc, Ltd., Attention: John R. Dana, Esquire, 116-10 Queens Boulevard, Forest Hills, New York 11375
Peter Gonzalez and Maria L. Gonzalez, 433 Hunter Circle, Kissimmee, Florida 34758
Alfred Torres, Esquire, 911 North Main Street, Suite 5, Kissimmee, Florida 34744